# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **FIRST PENTECOSTAL CHURCH OF HOLLY SPRINGS**, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:20-cv-00119-MPM-RP |
| v. | ) ) | |
| **CITY OF HOLLY SPRINGS, MISSISSIPPI**, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Plaintiff, First Pentecostal Church of Holly Springs, by and through counsel, hereby appeals to the Fifth Circuit Court of Appeals from the Order dated May 14, 2020 denying an expedited hearing on Plaintiff's motion for preliminary injunction.

Dated this 15th day of May, 2020.

**Thomas More Society**

By:/s/Stephen M. Crampton
Stephen M. Crampton
Mississippi Bar No. 9952
309 W. Washington St, Ste. 1250
Chicago, IL 60606
Direct: (662) 255-9439
Fax: (312) 782-1887
Email: smcrampton@hotmail.com

*Attorneys for Plaintiffs*