IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-60399
_____

FIRST PENTECOSTAL CHURCH OF HOLLY SPRINGS,

   Plaintiff - Appellant

v.

CITY OF HOLLY SPRINGS, MISSISSIPPI,

   Defendant - Appellee

_____

Appeal from the United States District Court
for the Northern District of Mississippi
_____

Before HIGGINBOTHAM, SOUTHWICK, and WILLETT, Circuit Judges.

PER CURIAM:

    This panel previously granted the appellant's emergency motion for injunction pending appeal as set out in the order, denied to the extent appellant seeking further relief from this court, denied as moot the alternative request to expedite the appeal, and remanded the case to the district court. The panel has considered Appellee's motion for reconsideration of the May 22, 2020 order. IT IS ORDERED that the motion is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-60399  First Pentecostal Church v. City of Holly Springs, MS
                  USDC No. 3:20-CV-119

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Connie Brown, Deputy Clerk
                        504-310-7671

Ms. Shirley C. Byers
Mr. Stephen M. Crampton
Mr. David Crews
Mr. Mark Nolan Halbert
Ms. Kristi Haskins Johnson I
Mr. Nathan W. Kellum
Mr. Benny McCalip May